[No. 48505-2-II. Division Two. May 2, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. DMITRIY ANDREEVICH GERNEGA, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 15-1-00660-6, Daniel L. Stahnke, J., entered January 20, 2016. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Melnick and Sutton, JJ.

[No. 48609-1-II. Division Two. May 2, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. MORRIS RICHARD KEITH, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 15-1-00285-1, Richard L. Brosey, J., entered February 11, 2016. *Reversed* and *remanded* by unpublished opinion per Worswick, J., concurred in by Bjorgen, C.J., and Lee, J.

[No. 48693-8-II. Division Two. May 2, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN STRANDE PRITCHARD, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 15-1-01644-0, Gregory M. Gonzales, J., entered March 3, 2016. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Johanson and Sutton, JJ.

[No. 48699-7-II. Division Two. May 2, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN GLEN THURMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 15-1-00637-6, Richard L. Brosey, J., entered March 2, 2016. *Affirmed* by unpublished opinion per Lee, J., concurred in by Bjorgen, C.J., and Worswick, J.